Kyle Gee (CA SBN 065895)
Law Office of Kyle Gee
2626 Harrison Street
Oakland, CA 94612
(510) 839-9230
FAX:  (510) 763-3833
kylegee@pacbell.net

Counsel for Defendants
BENEFIT PLANNERS, LTD, LLP,
FISERV HEALTH, INC. and
CLUBCORP, INC. HEALTH
BENEFITS PLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OMARI McGEE, | ) | Case No.  CO6-07267 CRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION EXTENDING |
| vs. | ) | TIME TO ANSWER OR |
| | ) | OTHERWISE RESPOND |
| BENEFIT PLANNERS, LTD., LLP, | ) | TO COMPLAINT |
| FISERV HEALTH, INC. and | ) | |
| CLUBCORP, INC. HEALTH | ) | |
| BENEFITS PLAN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

        Pursuant to Civil Local Rule 6-1(a), plaintiff OMARI McGEE, through counsel,

Daniel Feinberg, Esq., and Lewis, Feinberg, Renaker, and Jackson, P.C., and defendants

BENEFIT PLANNERS, LTD., LLP, FISERV HEALTH, INC. and CLUBCORP, INC.

HEALTH BENEFITS PLAN, through counsel, Kyle Gee, Esq.,  hereby stipulate to

extend the time within which defendants shall answer or otherwise respond to the

Complaint in this matter to and including January 5, 2007.

## ATTESTATION

I, Kyle Gee, hereby attest that that concurrence in the filing of the document has been

obtained from each of the each of the signatories.


Dated:  December 22, 2006        Dated:  December 22, 2006



_____          _____

Daniel Feinberg                          Kyle Gee
Lewis, Feinberg, Renaker,                Law Offices of Kyle Gee
   and Jackson, P.C                      2626 Harrison
1330 Broadway                            Oakland, CA 94612
Suite 1800                               (510) 839-9230
Oakland, CA 94612                        FAX: (510) 763-3833
(510) 839-6824                           kylegee@pacbell.net
FAX:  (510) 839-7839
dfeinberg@lewisfeinberg.com              Counsel for Defendants
                                         BENEFIT PLANNERS, LTD, LLP,
Counsel for Plaintiff                    FISERV HEALTH, INC. and
OMARI McGEE                              CLUBCORP, INC. HEALTH
                                         BENEFITS PLAN

January 3, 2007

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA