# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMARI McGEE,<br><br>    Plaintiff,<br><br>vs.<br><br>BENEFIT PLANNERS, LTD., LLP,<br>FISERV HEALTH, INC. and CLUBCORP,<br>INC. HEALTH BENEFITS PLAN,<br><br>    Defendants. | No. C06-07267 CRB (JCS)<br><br>**ORDER REGARDING STIPULATION<br>TO RESCHEDULING OF<br>SETTLEMENT CONFERENCE**<br><br>Date:      April 23, 2007<br>Time:      9:30 a.m.<br>Courtroom:  A – 18th Floor<br><br>Magistrate Joseph C. Spero |

   Pursuant to the parties' Stipulation the Court hereby reschedules its Settlement Conference in this matter to May 22, 2007 at 9:30 a.m.  Settlement Conference Statements shall be LODGED with Chambers no later than May 8, 2007.

Dated:  ~~March 26, 2007~~   March 28, 2007



_____
Magistrate Joseph C. Spero

3735528.1

1